# CIVIL MOTION MINUTES

Date: 02/08/17                                    Judge: Brinkema
                                                  Reporter: A. Thomson

Time:   3:35pm-3:40pm


Civil Action Number: 1:16cv608

 Swimways Corporation et al    vs.   Bestway (USA), Inc.

Appearances of Counsel for       ( X ) Pltf        ( X ) Deft

Motion to/for:
 Settlement conference


Argued &
(  ) Granted    (    ) Denied (    ) Granted in part/Denied in part
(   )Taken Under Advisement (     ) Continued to

 Settlement agreement resolving litigation accepted by the Court


(  ) Memorandum Opinion to Follow

(  )  Order to follow