IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SWIMWAYS CORPORATION

and

KELSYUS LLC,

          Plaintiffs,

     v.

BESTWAY (USA), INC.,

          Defendant.

Civil Action No.  1:16-cv-608

## STIPULATED DISMISSAL ORDER

Plaintiff SwimWays Corporation and Kelsyus LLC (collectively, "Plaintiffs") and Defendant Bestway (USA), Inc. though their counsel represent that the parties have settled and resolved all issues in dispute in connection with the above-styled matter.  The parties request that the Court dismiss all claims and counterclaims asserted in this matter with prejudice.

Upon consideration of the foregoing, it is hereby ORDERED that this action is hereby dismissed with prejudice.

SO ORDERED this _8_ day of March, 2017.

/s/

Leonie M. Brinkema
United States District Judge